IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE LOPEZ,

        Petitioner,                    No. 2:11-cv-3166 CKD P

    vs.

M. D. MCDONALD,                ORDER

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and paid the filing fee for this action. (Dkt. No. 1; Docket entry dated January 6, 2012.) On June 29, 2012, this court granted respondent's motion to dismiss the petition as untimely. (Dkt. Nos. 14, 15.)

        Pending before the court are petitioner's motions to proceed in forma pauperis on appeal to the Ninth Circuit Court of Appeals. (Dkt. Nos. 17, 22.) Examination of the in forma pauperis application filed October 15, 2012 reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

////

////

1  Accordingly, IT IS HEREBY ORDERED THAT petitioner's application to
2 proceed in forma pauperis on appeal (Dkt. Nos. 17, 22) is granted.

Dated: November 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lope3166.ifp_appeal2

2